### FLOCKS v. SCHLANG et al.

(Supreme Court, Appellate Term. March 5, 1908.)

APPEAL—REVIEW—FINDINGS OF COURT—CONFLICTING EVIDENCE.

   A judgment will be affirmed on appeal where it depends on a disputed issue of fact, determined by the trial judge's acceptance of plaintiff's testimony, though not wholly probable.

   [Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, §§ 3983–3989.]

Appeal of Municipal Court, Borough of the Bronx, Second District.

Action by Morris Flocks against Aaron Schlang and another. From a judgment for plaintiff, defendants appeal. Affirmed.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and MacLEAN, JJ.

Abraham Levy, for appellant.
Boudin & Liebman, for respondent.

PER CURIAM. The judgment will be affirmed, depending, as it does, upon a sharply disputed issue of fact, determined by the learned trial justice through acceptance of a not wholly probable story of the plaintiff.

Judgment affirmed, with costs.

BISCHOFF, J., concurs in result.